**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01650-CMA-KLM

PRESTINE MENIGHAN,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 16). The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE.

DATED:  November   17  , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge